# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

FILED

17 SEP 15 PM 3: 07

| UNITED STATES OF AMERICA, | Case No. 16CR1630-GPC |
|---|---|
| Plaintiff, | BY R/C DEPUTY |
| vs. | JUDGMENT OF DISMISSAL |
| ANDRES AVILA PUENTE, | |
| Defendant. | |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

☐ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

☐ the Court has dismissed the case for unnecessary delay; or

☒ the Court has granted the motion of the Government for dismissal, with prejudice; or

☐ the Court has granted the motion of the defendant for a judgment of acquittal; or

☐ a jury has been waived, and the Court has found the defendant not guilty; or

☐ the jury has returned its verdict, finding the defendant not guilty;

☒ of the offense(s) as charged in the Information:

8:1324(a)(2)(B)(iii); 18:2 - Bringing in Aliens Without Presentation and Aiding and Abetting

Dated: 9/14/2017

Hon. Ruben B. Brooks
United States Magistrate Judge